UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 99-14040-CR-MOORE/LYNCH

UNITED STATES OF AMERICA,

    Plaintiff,

v.

JAVAR WYCHE,

    Defendant.
_____/

FILED by _____ D.C.
NOV - 6 2009
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - FT. PIERCE

REPORT AND RECOMMENDATION ON
PETITION FOR VIOLATIONS OF SUPERVISED RELEASE

**THIS CAUSE** having come on to be heard for a final evidentiary hearing on November 6, 2009 in respect to the Petition alleging violations of supervised release and this Court having conducted an evidentiary at which time testimony was received, this Court makes the following recommendation to the District Court.

1. Detective Sarmiento of the Fort Pierce Police Department, who was the arresting officer for the State offenses which serve as the basis for Violation Numbers 1 and 2 set forth in the Petition, testified. After direct questioning by counsel for the government and cross-examination by counsel for the Defendant, counsel for the government announced that based upon the facts elicited during the hearing, that they were dismissing Violation Numbers 1 and 2 and therefore electing not to proceed further with seeking a ruling from the Court that the Defendant has violated his supervised release.

2. Based upon that announcement, this Court finds that it is not necessary to recite the testimony received from Detective Sarmiento at the hearing. However, this Court will maintain its notes and if the District Court requests, will prepare an amended Report

and Recommendation setting forth all of the facts heard by this Court during the hearing. This Court does state on the record that it agrees wholeheartedly with the decision of the government to dismiss both violations and to not proceed based upon the evidence this Court heard.

**ACCORDINGLY,** this Court recommends that the District Court agree with the request of the government and that the Petition dated October 8, 2009 setting forth the two alleged violations be DISMISSED and that Defendant's bond be discharged.

The parties shall have ten (10) days from the date of this Report and Recommendation within which to file objections, if any, with the Honorable K. Michael Moore, United States District Judge assigned to this case.

**DONE AND SUBMITTED** this _6th_ day of November, 2009, at Fort Pierce, Northern Division of the Southern District of Florida.

FRANK J. LYNCH, JR.
UNITED STATES MAGISTRATE JUDGE

Copies furnished:
Hon. K. Michael Moore
AUSA Jennifer Millien
AFPD Fletcher Peacock
U. S. Probation