UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 99-14040-CR-MOORE

**UNITED STATES OF AMERICA,**

    Plaintiff(s),
vs.

**JAVAR WYCHE,**

    Defendant(s).
_____/

## ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION

THIS MATTER is before the Court on Magistrate Judge Frank J. Lynch's Report and Recommendation [76] on Defendant's alleged violations of supervised release issued November 6, 2009. After review of the record and having received no objections thereto, it is

ORDERED AND ADJUDGED that Magistrate Judge Lynch's Report and Recommendation issued November 6, 2009 is hereby **ADOPTED**. The Petition dated October 8, 2009 setting forth the two alleged violations is DISMISSED and Defendant's bond is to be discharged. The hearing scheduled for December 7, 2009 is hereby cancelled.

DONE AND ORDERED in Chambers at Miami, Florida this 2nd day of December, 2009.

                K. MICHAEL MOORE
                UNITED STATES DISTRICT JUDGE

Copies Furnished to:

All counsel and pro se parties of record

SCANNED